THE PORTSMOUTH BREWING CO. *v.* THE PORTSMOUTH BREWING AND BOTTLING CO.

A party who voluntarily engages in business in violation of law cannot avail himself of the aid of a court of equity to protect him in his illegal business by injunction.

BILL IN EQUITY, for an injunction against the use of the defendants' corporate name, and for general relief. The parties are Portsmouth brewers. The plaintiffs organized themselves as a corporation in 1875, under Gen. Sts., c. 138, "for the purpose," as stated in their articles of association, "of manufacturing, brewing, and exporting from the state of New Hampshire, for lawful sale and consumption, beer, ale, and other malt liquors by whatever name called, and for making malt, casks, and barrels, and carrying on all other lawful business connected therewith." The defendants organized themselves as a corporation in 1892, under Pub. Sts., c. 147, "for the purpose," as stated in their articles of association, "of brewing and manufacturing beer, ale, and porter, and for bottling and selling the same and other drinks." The object of the plaintiffs' incorporation was to carry on the business of brewing intoxicating malt liquor, and selling it in this state and elsewhere, in barrels (31 gallons) and half and quarter bar-

rels; and they have been and are engaged in that business. The similarity of the parties' names is a cause of inconvenience and trouble in business done through the mail, and by telephone, express, and otherwise.

*Samuel W. Emery,* for the plaintiffs.

. *Calvin Page,* for the defendants.

CLARK, J. The plaintiffs ask a court of equity to protect them by injunction, and to aid them in carrying on the business of brewing and selling intoxicating malt liquors in this state and elsewhere—in effect, to assist them in violating the statutes of the state. The owner of property has a right to protection in any legal use or business in which it may be employed, but if he chooses voluntarily to engage in illegal business, he has no legal claim upon the court to aid him in carrying on such business.

*Bill dismissed.*

DOE, C. J., did not sit: the others concurred.